So Ordered.

Dated: July 7, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Betty L. Cross  Case No.: 23-22682
           Debtor.  Chapter 13

ORDER CONTINUING AUTOMATIC STAY

    The Debtor filed a Motion to extend the automatic stay under 11 U.S.C. § 362(c)(3)(B). Notice of the Motion was provided to all creditors, and objecting creditors were given the opportunity to have a hearing. No objections were filed, and the Debtor has filed an Affidavit or declaration showing changed circumstances since her previous bankruptcy case.

    IT IS THEREFORE ORDERED: The Debtor's Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

#####

Prepared by:
Miller & Miller Law, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918